UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP W. PITNEY,
Plaintiff,

v.

CITY & COUNTY OF SAN FRANCISCO, et al.,
Defendants.

Case No. 25-cv-06135-VC

**ORDER OF DISMISSAL**

Phillip Pitney, a California state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 regarding his time detained at the San Francisco county jail. The court dismissed the complaint with leave to amend. Dkt. No. 13. Pitney filed a First Amended Complaint (FAC). Dkt. No. 14. The court again dismissed the complaint with leave to amend. Dkt. No. 17.

The time to file an amended complaint has passed and Pitney has not filed an amended complaint or otherwise responded to the court's order. Accordingly, this action is dismissed without prejudice. The clerk shall issue a separate judgment and close the file.

**IT IS SO ORDERED.**

Dated: July 28, 2026

VINCE CHHABRIA
United States District Judge